

# United States District Court
# Eastern District of California

| DIYADIN BEKLER | Case Number: 1:25-cv-01974-JLT-CDB |
|---|---|
| Plaintiff(s) | |
| V. | |
| Noem et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, LUIS ANGELES hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: DIYADIN BEKLER

On __12/22/2025__ (date), I was admitted to practice and presently in good standing in the __Minnesota__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

1:25-cv-01598-DC-SCR (HC) Labrador-Prato v. Noem et al (Habeas) - GRANTED on 11/12/2025
1:25-cv-01961-DJC-JDP AZIZ DEKLER v. NOEM ET AL (HABEAS) - PENDING AS OF 12/22/2025

Date: 12/22/2025         Signature of Applicant: /s/ LUIS ANGELES

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | LUIS ANGELES |
| Law Firm Name: | ANGELES LAW |
| Address: | 2112 Broadway St NE |
| | STE 225 #53 |
| City: | Minneapolis   State: MN   Zip: 55413 |
| Phone Number w/Area Code: | (321) 334-0568 |
| City and State of Residence: | PALM BAY, FLORIDA |
| Primary E-mail Address: | Luis@abogadoangeles.com |
| Secondary E-mail Address: | info@abogadoangeles.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | CYNTHIA BAUTISTA |
| Law Firm Name: | Bautista Immigration Law, P.C. |
| Address: | 505 Montgomery St |
| | Fl 11 |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 652-3827   Bar # 336327 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 23, 2025

_____
U.S. Magistrate Judge Christopher D. Baker